

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00226-CR

**STEPHEN KENNETH LANE SELLERS,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2013-2242-C1**

## O R D E R

Appellant's motion for rehearing is denied.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion denied
Order issued and filed June 4, 2015

